JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-11948 JGB (PVCx)** | Date | May 21, 2026 |
|---|---|---|---|
| Title | ***Bing Liu v. Todd M. Lyons, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Minute Order (1) DISMISSING The Petition As Moot (IN CHAMBERS)**

On December 17, 2025, petitioner Bing Liu ("Petitioner") filed a petition for habeas corpus under 28 U.S.C. § 2241. ("Petition," Dkt. No. 1.) Petitioner sought release from detention by U.S. Immigration and Customs Enforcement at the Bakersfield Detention Facility in Bakersfield, CA or a bond hearing pursuant to 8 U.S.C. § 1226(a). (Id. at 11.) However, on April 22, 2026, Petitioner stated in his reply to the government's opposition to the Petition that he was released on or around December 30, 2025 thereby rendering his claims moot. (Dkt. No. 10, at 2.) Accordingly, the Court **DISMISSES** the Petition **AS MOOT**. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**